902

No. 852. · Lee C. Moore Corp. v. Pryor et al. C. A. 10th Cir. Certiorari denied. *Earl F. Reed* for petitioner. *M. A. Ned Looney* for respondents.

No. 866. Brennan v. W. A. Wills, Ltd., et al. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Charles E. Grover* for respondents.

No. 867. Everest & Jennings, Inc., v. E. & J. Manufacturing Co. C. A. 9th Cir. Certiorari denied. *Fred H. Miller* for petitioner.

No. 871. American Export Lines, Inc., v. Gulf Italia Co. C. A. 2d Cir. Certiorari denied. *Kenneth Gardner* and *M. E. DeOrchis* for petitioner. *Eugene Underwood* for respondent.

No. 874. Whitfield et al. v. United Steelworkers of America, Local No. 2708, et al. C. A. 5th Cir. Certiorari denied. *Roberson L. King* for petitioners. *Chris Dixie* for Local 2708 et al., and *George Rice* and *James Dennis Smullen* for Armco Steel Corp. et al., respondents.

No. 906. Engelsher v. Jacobs. Court of Appeals of New York. Certiorari denied. *Menahem Stim* and *Allen S. Stim* for petitioner. *Seymour B. Quel* for respondent. *Raymond Rubin* filed a brief for the Association of Private Hospitals, Inc., as *amicus curiae,* in support of petitioner.